UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**DAYTON SUPERIOR CORPORATION,**

    **Plaintiff,**

-v-

**JULIAN Z. YAN, et al.,**

    **Defendants.**

Case No. 3:12-cv-380

Judge Thomas M. Rose

### EXPEDITED BRIEFING SCHEDULE

Defendants Epoxy Products Company, LLC and Michael R. Klover (collectively the "Defendants") filed a Motion To Dismiss for Lack of Personal Jurisdiction on November 19, 2012. (Doc. #17.) Plaintiff Dayton Superior Corporation is given until Midnight on Friday, November 23, 2012, to respond and the Defendants are given until Midnight, on Monday, November 26, 2012 to reply.

**DONE** and **ORDERED** in Dayton, Ohio this Twentieth day of November, 2012.

                                                                                s/Thomas M. Rose
                                                             _____
                                                             THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record