UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DAYTON SUPERIOR CORPORATION,

        Plianitff,

-vs-

        Case No. 3:12-cv-380

        District Judge Thomas M. Rose
        Magistrate Judge Michael J. Newman

JULIAN Z. YAN, et al.,

        Defendants.

## ENTRY AND ORDER

    This matter comes before the Court on Defendant Julian Yan's Motion for Continuance of Preliminary Injunction Hearing (doc. 31) set for Monday, December 3, 2012.  Pursuance to local rule, S.D. Ohio Civ. R. 7.3, Defendant Julian Yan did not contact Counsel of the other parties to solicit their consent on said motion.

    Therefore, it is the Order of this Court that the parties are given until the end of this business day (November 29, 2012) to respond to said motion or submit to the Court an agreed entry, signed by the representatives of all parties, as to the continuance requested.

    **DONE** and **ORDERED** in Dayton, Ohio, this 29th day of November, 2012.

                            THOMAS M. ROSE, JUDGE
                            UNITED STATES DISTRICT COURT